1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8                                   * * *
9    REV. CALVIN WARREN,                    )
                                            )
10                  Plaintiff,              )        2:-08-cv-965-RCJ-RJJ
                                            )
11   vs.                                    )
                                            )
12   POLYBAG, INC., MR. SHANNON,            )        REPORT & RECOMMENDATION
                                            )           OF UNITED STATES
13                  Defendant,              )          MAGISTRATE JUDGE
     _____)

14
15       This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis*
16   (#1) and the proposed Complaint attached thereto as Exhibit (#1).

         The Court hereby makes the following findings:
17
18       1.    On August 18, 2008, the Court entered an Order (#2) scheduling a hearing for
19             September 23, 2008, on  Plaintiff's Application to Proceed *In Forma Pauperis*
20             (#1).

21       2.    The Order (#2) was sent by certified mail to Plaintiff's address of record. *See*,
22             Certified Mail Receipt (#3).

23       3.     However, service could not be accomplished. *See*, Mail Returned as
24             Undeliverable by the United States Post Office. (#4).

25       4.    Plaintiff failed to notify the court of his change of address as required by LSR 2-2.

26       5.    Plaintiff failed to appear for the scheduled hearing.

27                                **RECOMMENDATION**

28       Based on the foregoing and good cause appearing therefore,

1        IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be

2   **DISMISSED WITH PREJUDICE**.

3        DATED this __25th__ day of September, 2008.

4

5

6                                        ROBERT J. JOHNSTON

7                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28