# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REV. CALVIN WARREN,   )<br>                                                   )<br>            Plaintiff,                    )<br>                                                   )<br>     vs.                                        )<br>                                                   )<br>POLYBAG, INC., MR. SHANNON, )<br>                                                   )<br>            Defendant.                 )<br>_____) | 2:08-cv-00965-RCJ-RJJ<br><br>**ORDER** |

Before this Court for consideration is the Report and Recommendation from Magistrate Judge Robert J. Johnston, entered September 25, 2008 (#5) regarding Plaintiff's Application to Proceed *In Forma Pauperis* (#1) and the proposed Complaint attached thereto as Exhibit #1. No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered September 25, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#5) be affirmed and adopted and that this case be **DISMISSED WITH PREJUDICE.**

DATED: October 16, 2008

_____
UNITED STATES DISTRICT COURT